# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-  Case No.: 2:10-cr-136-FtM-29SPC

STEPHEN BOHRER

_____

## ORDER

This matter comes before the Court on Stipulation for Substitution of Counsel (Doc. #120) filed on July 29, 2011. On July 27, 2011, Anthony Borras, Esq., was appointed from the CJA panel to represent the Defendant. However, the attorneys and the Defendant have agreed to substitute Landon Miller, Esq., in the place of Attorney Borras.

Accordingly, it is now

**ORDERED:**

The Stipulation for Substitution of Counsel (Doc. #120) is **GRANTED**. Anthony Borras, Esq., shall be relieved of any further obligation in this matter. Landon Miller, Esq., shall be designated Counsel of record and all correspondence and pleadings shall be forwarded to his attention.

**DONE AND ORDERED** at Fort Myers, Florida, this  1st   day of August, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record